IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

KAY-LYNN FRANKLIN,

    Plaintiff,

v.

THE KROGER COMPANY,

    Defendant.

No. 3:13-0231
Campbell/Knowles

ORDER:
Motion granted. A Case Mgt Conference is set for January 15, 2014, at 10:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

## JOINT MOTION TO SET SCHEDULING CONFERENCE

Plaintiff Kay-Lynn Franklin ("Plaintiff") and defendant Kroger Limited Partnership I ("Kroger") jointly move the Court to set a scheduling conference to amend this Court's Scheduling Order entered May 16, 2013 (DE # 10). On December 14, 2013, James Harris entered an appearance on behalf of Plaintiff. Previously, Plaintiff was representing herself in this matter *pro se*. Under the current Scheduling Order, the deadline for discovery runs December 20, 2013. Prior to Mr. Harris's appearance as counsel, Plaintiff sought an extension until January 31, 2014, to respond to certain discovery propounded by Kroger. Kroger was amicable with an extension of certain deadlines then and remains amicable with an extension of certain deadlines. Now that Plaintiff is represented by counsel, the parties believe it would be worthwhile to hold a Scheduling Conference to coordinate an Amended Scheduling Order with the Court. Accordingly, the parties respectfully request that this Court enter an Order setting a Scheduling Conference in this matter a time convenient for the Court.