UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


KAY-LYNN FRANKLIN )
)
)
)
v. ) NO. 3:13-0231
) JUDGE CAMPBELL
)
THE KROGER COMPANY )
)

<u>ENTRY OF JUDGMENT</u>


     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/29/2014.


KEITH THROCKMORTON, CLERK
<u>s/Elaine J. Hawkins, Deputy Clerk</u>